# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Ginger L. Kirby, ) | |
| ) | |
| Plaintiff, ) | 4:09-cv-01253-TLW |
| ) | |
| v. ) | |
| ) | |
| Asset Acceptance LLC, Northland ) | |
| Group, Inc., and Academy Collection ) | |
| Services, Inc., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Ginger L. Kirby, by and through counsel, Penny Hays Cauley, and Defendants, Asset Acceptance LLC, Northland Group, Inc., and Academy Collection Services, Inc., by and through counsel, Chad V. Echols, and hereby jointly agree to dismiss this case with prejudice with each party will bear its own costs in this matter.

Respectfully submitted,

Penny Hays Cauley, Esq.
HAYS CAULEY, P.C.
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

Chad V. Echols, Esq.
HAMILTON MARTENS BALLOU & SIPE LLC
P.O. Box 10940
Rock Hill, SC 29731
(803) 329-7624
(803) 329-7678 Facsimile
cechols@hmandb.com